# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul and Lori Seeman,<br><br>Plaintiffs,<br><br>v.<br><br>Sergeant Mark Hlady, Deputy Tim Schmidtke, Sheriff Troy Dunn, Rice County, and Sheriffs' Deputies John Does 1–10,<br><br>Defendants. | Case No. 19-cv-2111 (SRN/DTS)<br><br>**ORDER** |

Paul Seeman, OID 264913, MCF-Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 55767, Pro Se.

Lori Seeman, 19486 Eiler Avenue, Faribault, MN 55021, Pro Se.

Margaret A. Skelton and Timothy A. Sullivan, Ratwik, Roszak & Maloney, P.A., 444 Cedar Street, Suite 2100, Saint Paul, MN 55101, for Defendants.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Plaintiffs' Motion to Stay Proceedings [Doc. No. 77].

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay Proceedings [Doc. No. 77] is **DENIED**.

**IT IS SO ORDERED.**

1

2

Dated: August 2, 2024 /s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge